■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM D'AMELIO, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Patane, J.), rendered August 17, 1982, convicting him of

burglary in the second degree, attempted grand larceny in the third degree and criminal mischief in fourth degree, upon a jury verdict, and imposing sentence. ¶ Judgment affirmed. ¶ The defendant's contentions as to the alleged illegality of the arrest and tainted identification procedure were not preserved for appellate review. Mollen, P. J., Titone, O'Connor and Weinstein, JJ., concur.